```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                     AUGUSTA DIVISION
```

```
SUSAN HOUCK,                      *
                                  *
     Plaintiff,                   *
                                  *   CIVIL ACTION FILE NO.
v.                                *   1:12-CV-00067-JRH-WLB
                                  *
BOARD OF REGENTS OF THE           *
UNIVERSITY SYSTEM OF GEORGIA,     *
                                  *
                                  *
     Defendant.                   *
```

**JOINT MOTION TO ENTER ORDER REMANDING CASE AND PROPOSED ORDER**

COME NOW the parties and file this Joint Motion to Enter Order Remanding Case and Proposed Order in the above-styled action and show this Honorable Court as follows:

After removing Plaintiff's lawsuit to this Court on May 2, 2012, Defendant filed a Motion To Dismiss and Brief In Support ("Defendant's Motion To Dismiss") asserting that Plaintiff's Complaint fails to state a claim upon which relief can be granted and a lack of jurisdiction over the subject matter, as well as a Motion To Stay Discovery Pending Resolution of Defendant's Motion to Dismiss.  Plaintiff filed a Motion To Remand And For Award of Attorney Fees ("Motion to Remand") alleging that this Court lacks jurisdiction to adjudicate her FLSA claim, reasserting her breach of contract claim, and seeking an award of attorney fees against Defendant.  Although

Defendant's removal of this case to this Court was made in good faith and not for the purpose of undue delay, the parties now stipulate that the case properly belongs in the Superior Court of Richmond County.

Therefore, the parties withdraw all pending Motions presently before this Court and respectfully request that the Court enter an Order Remanding The Case. A proposed Order is attached for the Court's consideration.

This 24th day of May, 2012.

| | |
|---|---|
| s/Stanley C. House_____ | s/Laura W. McDonald |
| (by lwm with express permission) | LAURA W. MCDONALD |
| STANLEY C. HOUSE | Georgia Bar No. 681655 |
| Georgia Bar No. 369150 | Attorney for Defendant |
| Attorney for Plaintiff | Senior Asst. Attorney General |
| Stanley C. House, LLC | Dept. of Law State of Georgia |
| P.O. Box 915 | 40 Capitol Square, S.W. |
| Augusta, GA 30903-0915 | Atlanta, Georgia 30334-1300 |
| Telephone: (850) 383-4800 | Telephone: (404) 656-3384 |
| schouse@schouse.com | lmcdonald@law.ga.gov |

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA
                    AUGUSTA DIVISION
```

SUSAN HOUCK,                      \*
                                  \*
    Plaintiff,                \*
                                  \*   CIVIL ACTION FILE NO.
v.                                \*   1:12-CV-00067-JRH-WLB
                                  \*
BOARD OF REGENTS OF THE           \*
UNIVERSITY SYSTEM OF GEORGIA,     \*
                                  \*
                                  \*
    Defendant.                \*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24th, 2012, I caused to be electronically filed the foregoing **JOINT MOTION TO ENTER ORDER REMANDING CASE AND PROPOSED ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    Stanley C. House, Esq.
    schouse@schouse.com

This 24th day of May, 2012.

        s/Laura W. McDonald
        LAURA W. MCDONALD 681655
        Senior Assistant Attorney General