AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SUSAN HOUCK,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 112-067

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on May 30, 2012 granting the parties' Joint Motion to Remand, this civil action hereby stands REMANDED to the Superior Court of Richmond County, Georgia, under Civil Action File Number 2012RCCV165.

MAY 30, 2012
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03